IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PURCELL BRONSON,

    Plaintiff,

v.

THE GENERAL ASSEMBLY OF THE STATE OF PENNSYLVANIA, PAST AND PRESENT MEMBERS, et al.,

    Defendants.

NO. 3:16-CV-00472

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 21st day of June, 2016, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED in its entirety**.

(2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 5) is **DENIED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge