# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PURCELL BRONSON,

    Plaintiff,

v.

THE GENERAL ASSEMBLY OF THE STATE OF PENNSYLVANIA, PAST AND PRESENT MEMBERS, et al.,

    Defendants.

NO. 3:16-CV-00472

(JUDGE CAPUTO)

(CHIEF MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 9th day of August, 2017, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 20) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 20) is **ADOPTED**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge